UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  13-26694 |
| JOHN L. MALEVITIS | ) | |
| | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING NORTH COMMUNITY BANK'S
## MOTION FOR RELIEF FROM STAY AS TO
## 3540 S. HALSTED ST., UNIT 209 & PARKING SPACE G-49, CHICAGO, ILLINOIS

THIS CAUSE coming on to be heard on the motion of NORTH COMMUNITY BANK, as successor in interest to Edens Bank, by merger and consolidation, for relief from the automatic stay as to the property located at 3540 S. Halsted St., Unit 209 and Parking Space G-49, Chicago, Illinois, due notice having been given, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that:

The automatic stay is hereby modified to allow North Community Bank to exercise any and all rights permitted under the loan documents and by law including, but not limited to, foreclosure, taking possession of, or otherwise disposing of the real property commonly  known as 3540 S. Halsted St., Unit 209 and Parking Space G-49, Chicago, Illinois.

Enter:

Honorable Janet S. Baer

United States Bankruptcy Judge

Dated:  May 07, 2014

**Prepared by:**

Eileen M. Sethna (ARDC# 6276640)
Chuhak & Tecson, P.C.
30 S. Wacker Dr. Suite 2600
Chicago, IL 60606
(312) 444-9300
Fax: (312) 444-9027