UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-26694 |
| | ) | |
| John L. Malevitis, | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

### Order Disallowing Debtor's Claim of Exemption in Motorcycles

THIS CAUSE COMING to be heard on Trustee's Objection to Debtor's Claim of Exemption - Motorcycles ("Motion"); due and proper notice having been given; and the Court being fully advised in these premises:

IT IS HEREBY ORDERED that:

1. Debtor's claim of exemption in his 1992 Harley Davidson Motorcycle is disallowed in full; and

2. Debtor's claim of exemption in his 2002 Bourgets Motorcycle is disallowed in full.

Enter:

*[signature: Janet S. Baer]*

United States Bankruptcy Judge

Dated: 5-7-14

**Prepared by:**
Joseph A. Baldi
Baldi Berg, Ltd.
20 N. Clark Street, Ste. 200
Chicago, IL 60602
312.726.8150

Rev: 20130103_bko