IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) Chapter 7 |
| | ) Case No.: 13-26694 |
| | ) Hon. Janet S. Baer |
| JOHN L. MALEVITIS, | ) |
| Debtor. | ) |
| | ) |
| JOSEPH A. BALDI, not personally but as chapter 7 trustee for the estate of John L. Malevitis, debtor, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JOHN L. MALEVITIS, | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER COMING TO BE HEARD BY THE COURT**, due notice given and the Court duly advised in the premises, it is ORDERED:

1. Debtor's Motion for Voluntary Dismissal ~~without prejudice~~ is GRANTED.

ENTERED:

3/17/15

_____
JUDGE

John L. Malevitis, Pro Se
33450 South Halsted Street
Suite 209
Chicago, Illinois 60608
312/258-1100