UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-26694 |
| | ) | |
| John L. Malevitis | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

**Order Awarding Trustee Compensation**

     THIS MATTER BEING HEARD on the Trustee's First and Final Application for Allowance of Compensation, notice having been given, and the Court being duly advised:

   IT IS HEREBY ORDERED that Joseph A. Baldi, Trustee is allowed final compensation as follows in the amount of $1,530.00;

   IT IS FURTHER ORDERED that the Trustee is authorized to pay the allowance listed above from the funds on hand in the Estate on a pro rata basis with fees and expenses allowed to Trustee's attorneys.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 17, 2015

**Prepared by:**

Joseph A. Baldi
Attorney I.D. No. 00100145
20 N. Clark St., Suite 200
Chicago, IL  60602
(312) 726-8150