UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MALEVITIS, JOHN L | § | Case No. 13-26694 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL REPORT AND ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Report and Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Court's order dated 25/39/4237 on which the date the case was closed. This report is the Trustee's Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months. "Vj g"ecug'y cu'f ko kuugf "qp"25 139 142370

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final tgr qtv'cpf "accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final tgr qtv'cpf "accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Joseph A. Baldi_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
**FINAL** REPORT AND ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| ARTHUR B. LEVINE COMPANY | | | | | |
| Associated Bank | | | | | |
| BALDI BERG | | | | | |
| BALDI BERG | | | | | |
| MARTIN AUCTION | | | | | |
| MARTIN AUCTION | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services P.O. Box 650485 Dallas, TX 75265-0485 | | | | | |
| | ADT Security Services P.O. Box 650485 Dallas, TX 75265-0485 | | | | | |
| | ARDC 130 East Randolph, Ste 1500 Chicago, IL 60601 | | | | | |
| | ARDC 130 East Randolph, Ste 1500 Chicago, IL 60601 | | | | | |
| | ARDC 130 East Randolph, Ste 1500 Chicago, IL 60601 | | | | | |
| | AT&T Mobile Bureau of Collection Recovery 7575 Corporate Way Eden Prairie, MN 55344 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Aprile Horse Transportation 4650 West North Peotone Road Peotone, IL 60468 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Connelly Farrier Service 8N533 Kendall Road Elgin, IL 60124 | | | | | |
| | Gary Potts c/o Abraham Moore, K & L Gates 70 West Madison, Ste 3100 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Guthy-Renker PO Box 361448 Des Moines, IA 50336 |  |  |  |  |  |
|  | Kenosha Country Club Law Office of Joel Cardis,LLC 2006 Sweede Rd, Ste 1000 East Norriton, PA 19401 |  |  |  |  |  |
|  | Kimberly Bird 14921 Lamon Oak Forest, IL 60452 |  |  |  |  |  |
|  | LA Court Reporters 8 West Monroe Street, Suite 2007 Chicago, IL 60603 |  |  |  |  |  |
|  | Lawrence Yaroch and Florence Yaroch 5098 Glen Eagle Court Tecumseh, MI 49286 |  |  |  |  |  |
|  | Lupel Weininger 30 North LaSalle Street, # 3520 Chicago, IL 60602 |  |  |  |  |  |
|  | Lupel Weininger 30 North LaSalle Street, Suite 3520 Chicago, IL 60602 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Motley Rice, LLC c/o Wexler Wallace LLP 55 W. Monroe, Suite 3300 Chicago, IL 60603 | | | | | |
| | Pamela Malevitis 1045 Elmwood Wilmette, IL 60091 | | | | | |
| | Pentagroup Financial 5959 Corporate Dr. St. Houston, TX 77036 | | | | | |
| | Raul's Landscaping PO Box 2175 Glenview, IL 60025 | | | | | |
| | Robert Hauser 9 North County Street Waukegan, IL | | | | | |
| | Robert Peirce and Associates PC 2500 Gulf Tower 707 Grant Street Pittsburgh, PA 15219-1918 | | | | | |
| | Sandra Burns 348 Lathrop Ave River Forest, IL 60305 | | | | | |
| | Skokie Valley Laundry 514 Sheridan Road Highland Park, IL 60040 | | | | | |
| | State Bar of Michigan 306 Townsend Street Lansing, MI 48933 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-26694 | Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
| Case Name: | MALEVITIS, JOHN L | | Date Filed (f) or Converted (c): | 06/30/13 (f) |
| | | | 341(a) Meeting Date: | 08/19/13 |
| For Period Ending: | 04/22/15 | | Claims Bar Date: | 08/14/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Misc cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 2. Checking account | 500.00 | 0.00 | | 0.00 | FA |
| 3. Misc household goods and furniture | 350.00 | 0.00 | | 0.00 | FA |
| 4. Misc books and pictures | 350.00 | 0.00 | | 0.00 | FA |
| 5. Misc wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 6. 100 shares of common stock ( Spartacus Law, PC) | 500.00 | 0.00 | | 0.00 | FA |
| 7. 2002 Bourget Chopper Motorcycle (u) | 2,400.00 | 0.00 | | 4,500.00 | FA |
| Trustee authorized to sell motorcycle per court order; exemption in motorcycle disallowed | | | | | |
| 8. 1994 Harley Davidson FLSTF Fatboy (u) | 2,000.00 | 0.00 | | 3,300.00 | FA |
| Trustee authorized to sell motorcycle per court order; exemption in motorcycle disallowed | | | | | |
| 9. RESIDENCE | 235,000.00 | 0.00 | | 0.00 | FA |
| 3450 S. Halsted #209, Chicago, IL | | | | | |
| TOTALS (Excluding Unknown Values) | $241,550.00 | $0.00 | | $7,800.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated Debtor's financial affairs and assets; Trustee identified an interest in 2 motorcycles not listed
on the Debtor's schedules; Trustee made demand upon Debtor to turnover the motorcycles; this Court entered an order
directing the Debtor to turnover the motorcycles and that the exemptions claimed against the motorcycles were
disallowed; Trustee has extended the time to object to discharge through July 2014; on 6/18/14, Trustee was authorized
to sell the motorcycles at auction; Trustee continues investigate the Debtor's affairs in an effort to identify

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-26694   Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
| Case Name: | MALEVITIS, JOHN L | Date Filed (f) or Converted (c): | 06/30/13 (f) |
| | | 341(a) Meeting Date: | 08/19/13 |
| | | Claims Bar Date: | 08/14/14 |

additiona unscheduledl assets or recoverable transfers

Initial Projected Date of Final Report (TFR): 09/30/15    Current Projected Date of Final Report (TFR): 09/30/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-26694 -JSB | | Trustee Name: | Joseph A. Baldi |
| Case Name: | MALEVITIS, JOHN L | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6966 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5761 | | | |
| For Period Ending: | 04/22/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/10/14 | 7, 8 | MARTIN AUCTION SERVICES, LLC<br>9515 TEXAS CHURCH RD<br>CLINTON, IL 61727 | SALE OF PERSONAL PROPERTY | 1229-000 | 7,800.00 | | 7,800.00 |
| 07/30/14 | 001001 | MARTIN AUCTION<br>9515 TEXAS CHURCH RD<br>CLINTON, IL 61727 | EXPENSES FROM AUCTION JUNE 21, 2014<br>Expenses relating to Auction on June 21, 2014<br>allowed per Court Order dated 7.30.14 | 3620-000 | | 415.00 | 7,385.00 |
| 07/30/14 | 001002 | MARTIN AUCTION<br>9515 TEXAS CHURCH RD<br>CLINTON, IL 61727 | COMMISSION FROM AUCTION 6.21.14<br>Commissions relating to Auction on June 21, 2014<br>allowed per Court Order dated 7.30.14 | 3610-000 | | 390.00 | 6,995.00 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,985.00 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.20 | 6,973.80 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.03 | 6,963.77 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.35 | 6,953.42 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,943.42 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.32 | 6,933.10 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.31 | 6,922.79 |
| 02/20/15 | 001003 | ARTHUR B. LEVINE COMPANY<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | 2015 Bond premium | 2300-000 | | 4.80 | 6,917.99 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,907.99 |
| 03/18/15 | 001004 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Trustee Compensation | 2100-000 | | 564.26 | 6,343.73 |
| 03/18/15 | 001005 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200 | Attorney for Trustee Fees (Trustee | 3110-000 | | 6,139.75 | 203.98 |

Page Subtotals    7,800.00    7,596.02

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 12)

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 13-26694 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | MALEVITIS, JOHN L | Bank Name: | Associated Bank |
|  |  | Account Number / CD #: | *******6966 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5761 |  |  |
| For Period Ending: | 04/22/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/18/15 | 001006 | CHICAGO, IL 60602<br>BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 |  | 203.98 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,800.00 | 7,800.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 7,800.00 | 7,800.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 7,800.00 | 7,800.00 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********6966) | 7,800.00 | 7,800.00 | 0.00 |
|  | 7,800.00 | 7,800.00 | 0.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     203.98

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*